FILED

MAY 1 3 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR0387 MMA |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE [58] JOINT MOTION TO AUTHORIZE SUBSTITUTION OF TRUST DEED PLEDGED AS SECURITY FOR THE BOND** |
| v. | |
| RAVNEET SINGH (1), | |
| Defendants. | |

A Joint Motion of the parties was filed on 5/6/2014 to Authorize Substitution of the trust deed used to secure defendant Ravneet Singh's bond with a new trust deed. The Joint Motion is Denied without Prejudice as there is no reason stated for substitution of the property. The Court requests additional information for the substitution. Moreover, the unrecorded substitute deed of trust appears to convey the proposed substitute property by the owners in their individual capacities, not as trustees of their respective trusts.

Dated: 5/12/14

_____
Honorable William V. Gallo